AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-6200

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leadpoint, Inc. was received by me on *(date)* Nov 20, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michael Reed, Process Receiver, Registered Agent Solutions, Inc., who is designated by law to accept service of process on behalf of Leadpoint, Inc., at 44 School Street, Suite 505, Boston, MA 02108 *(name of organization)* on *(date)* Fri, Nov 21 2025 @ 11:34am; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $

I declare under penalty of perjury that this information is true.

Date: 11/21/2025

_____
Server's signature

JOHN ROBERTO Process Server and Disinterested Person
*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 21, 2025, 11:34 am EST at 44 School St., Suite 505, Boston, MA 02108 received by Michael Reed, Process Receiver .

**Documents Served:** image001.pngSummons In a Civil Action (redacted); Complaint; and Civil Cover Sheet