IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEADPOINT, INC. d/b/a SECURERIGHTS<br><br>Defendant. | Case 1:25-cv-06200-SCJ |

**DEFENDANT LEADPOINT, INC. d/b/a SECURERIGHTS'
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.3, Defendant LeadPoint, Inc. d/b/a SecureRights certifies the following:

(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Plaintiff: Erin Wilson

Defendant: LeadPoint, Inc.

Parent Company of Defendant: HLLP CO LLC, a Delaware LLC.

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

 None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

(a) **For Plaintiff:**

PARONICH LAW, P.C.
Anthony I. Paronich
Suite 2400
350 Lincoln St.
Hingham, MA 02043
anthony@paronichlaw.com

CHINN LAW FIRM, LLC
Valerie Lorraine Chinn
245 N. Highland Ave
Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

(b) **For Defendant:**

BERMAN FINK VAN HORN P.C.
Benjamin I. Fink, Esq.
Katherine M. Silverman, Esq.
Emma L. Sammons, Esq.
3475 Piedmont Road
Suite 1640

Atlanta, GA 30305
bfink@bfvlaw.com
ksilverman@bfvlaw.com
esammons@bfvlaw.com

ARENTFOX SCHIFF LLP
Adam Bowser
1717 K Street NW
Washington, DC 20006
adam.bowser@afslaw.com

DATED: December 12, 2025

        Respectfully submitted,

        By: **/s/ Benjamin I. Fink**
        Benjamin I. Fink
        Katherine M. Silverman
        Emma L. Sammons
        Berman Fink Van Horn P.C.
        3475 Piedmont Rd. NE, Suite 1640
        Atlanta, GA 30305
        Tel.: (404) 261-7711
        bfink@bfvlaw.com
        ksilverman@bfvlaw.com
        esammons@bfvlaw.com

        *Counsel for Defendant Leadpoint, INC., d/b/a Securerights*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel certifies that this document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

Dated: December 12, 2025

                                                  By:   */s/ Benjamin I. Fink*
                                                          Benjamin I. Fink

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will serve notice of such filing upon the individual listed below:

>Valerie Chinn
>Valerie Chinn (GA Bar No. 248468)
>CHINN LAW FIRM, LLC
>245 N. Highland Avenue
>Suite 230 #7
>Atlanta, GA 30307
>Tel.: (404) 955-7732
>vchinn@chinnlawfirm.com
>
>Anthony I. Paronich
>Paronich Law, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>Tel: (617) 485-0018
>anthony@paronichlaw.com
>*Counsel for Plaintiff and the proposed class*

>By: **/s/ Benjamin I. Fink**
>Benjamin I. Fink
>Katherine M. Silverman
>Emma L. Sammons
>Berman Fink Van Horn P.C.
>3475 Piedmont Rd. NE, Suite 1640
>Atlanta, GA 30305
>Tel.: (404) 261-7711
>bfink@bfvlaw.com
>ksilverman@bfvlaw.com
>esammons@bfvlaw.com
>
>*Counsel for Defendant LeadPoint, Inc., d/b/a SecureRights*