UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIN WILSON on behalf of herself
and others similarly situated,

    Plaintiff,

v.

LEADPOINT, INC.,
d/b/a SecureRights,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-CV-6200-SCJ

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 29th day of December, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE