IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Leadpoint, Inc.<br><br>　　　　Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-06200 |

## Order on Plaintiff's Unopposed Motion to Extend the Time for the Plaintiff to File a Motion for Class Certification

This matter is before the Court on Plaintiff's Unopposed Motion to Extend the Time for the Plaintiff to File a Motion for Class Certification (the "Motion"). Having considered the Motion and for good cause shown:

1. Plaintiff's Motion is GRANTED; and

2. The deadline for Plaintiff to file a Motion for Class Certification shall be set by the Court in the Scheduling Order to be entered in this action.

SO ORDERED this 5th day of January, 2026.

_____
Mark H. Cohen
United States District Court