IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE<br>) NO. 1:25-cv-06200-SCJ |
| Leadpoint, Inc. | )<br>)<br>) |
| Defendant. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED this 9th day of March, 2026.

/s/ Anthony Paronich
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ Adam Bowser

Adam Bowser (VA Bar No.76523)
ArentFox Schiff LLP
1717 K Street, N.W.
Washington, D.C. 20006
Phone: 202.857.6000
Fax: 202.857.6395
adam.bowser@afslaw.com

*Counsel for Defendant*

2